IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HENRY J. LUCAS, JR., | ) | Civil Action No. 7:11-cv-00608 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| S.K. YOUNG, | ) | By:  Hon. Michael F. Urbanski |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motions to strike are **DENIED**; respondent's motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus is **DISMISSED**; petitioner's motions to remand, to expand the record, for a continuance, and for subpoenas are **DENIED** as moot; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 3rd day of August, 2012.

/s/ Michael F. Urbanski
United States District Judge